**Order entered October 1, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00154-CV

**FELTON LOVE AND BRIGHT IDEAL CONSTRUCTION CO., Appellants**

**V.**

**CHICAGO AND FIDELITY TITLE, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-13809**

## ORDER

We **GRANT** appellants' September 29, 2015 motion for an extension of time to file a reply brief. Appellants shall file a reply brief by **OCTOBER 5, 2015**.

/s/     ELIZABETH LANG-MIERS
JUSTICE